UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Myrtle McZeal,<br>　　　　Plaintiff,<br>v<br><br>Gulf Coast Regional Blood Center,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. H-12-1823 |

### ORDER

The Court hereby

ORDERS that the Order Granting Plaintiff's Motion for Extension of Time (Doc. # 9) dated November 26, 2012 is hereby VACATED.

Signed on the __27__ day of November, 2012.

_____
DAVID HITTNER
United States District Judge
