IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MYRTLE MCZEAL, *individually and on behalf of all similarly situated current and former employees*, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-12-1823 |
| GULF COAST REGIONAL BLOOD CENTER, | § § § § | |
| Defendant. | | |

## ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Document No. 6) and Plaintiff's Motion for Extension of Time (Document No. 7). Having considered the motions, submissions, and applicable law, the Court determines the motion for an extension of time should be granted and the motion for summary judgment should be denied at this time but may be reurged after the parties have had an adequate time to conduct discovery.

Accordingly, the Court hereby

ORDERS that Plaintiff's Motion for Extension of Time (Document No. 7) is GRANTED. The Court further

ORDERS that Defendant's Motion for Summary Judgment (Document No. 6) is DENIED at this time. The Court will issue an amended scheduling order to expedite discovery in this case. Following an adequate time for discovery, Defendant may reurge the motion for summary judgment, if necessary.

SIGNED at Houston, Texas, on this __17__ day of December, 2012.

_____
DAVID HITTNER
United States District Judge